# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICROSOFT CORPORATION,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1831-Orl-31DAB**

**R & R COMPUTER AND ELECTRONICS, INC. and VERNAL BROWN,**

      **Defendants.**

_____

## ORDER

Upon consideration of the Order at Doc. 10, and the failure of Defendant, R&R Computer and Electronics, Inc. to obtain counsel and file a responsive pleading, it is

**ORDERED** that the Clerk is directed to enter default against the Defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 21, 2007.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party