IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:06-cv-1831-Orl-31DAB

MICROSOFT CORPORATION,
a Washington corporation,

       Plaintiff,

vs.

R & R COMPUTER AND ELECTRONICS, INC., a
Florida corporation; VERNAL BROWN,
an individual d/b/a R&R'S COMPUTERS
AND ELECTRONICS; and VERNAL BROWN,
an individual,

       Defendants.
_____/

**ORDER AND DEFAULT JUDGMENT
AGAINST DEFENDANT R & R COMPUTER AND ELECTRONICS, INC.**

Having considered Microsoft Corporation's ("Microsoft") Motion for Default Judgment and Permanent Injunction and Memorandum of Law in Support, the Affidavits of Christopher Annunziato and Caroline Tanner in support thereof (Doc. 18), and all of the relevant papers and pleadings on file with the Court in this matter, it is

**ORDERED** that**:**

Microsoft's Motion for Default Judgment and Permanent Injunction Against Defendant R & R Computer and Electronics, Inc. is hereby GRANTED.

    1.    Defendant R & R Computer and Electronics, Inc. is liable to Microsoft for the willful infringement of the following copyrighted works:

        TX 5-407-055 ("Microsoft XP Professional");

        TX 5-837-617 ("Office 2003 Pro");

        TX 5-837-636 ("Excel 2003");

        TX 5-900-087 ("Outlook 2003");

        TX 5-852-649 ("PowerPoint 2003");

        TX 5-900-088 ("Word 2003");

        TX 5-837-618 ("Publisher 2003");

        TX 5-877-513 ("Business Contact Manager for Outlook 2003");

        TX 5-901-713 ("Access 2003");

        TX 5-837-613 ("FrontPage 2003");

        TX 5-837-614 ("Visio Professional 2003");

        TX 5-837-615 ("Project Professional 2003"); and

        TX 5-837-620 ("OneNote 2003");

      2.     Defendant R & R Computer and Electronics, Inc. is liable to Microsoft for willful trademark infringement under federal law, 15 U.S.C. § 1114 *et seq.*, resulting from its use in commerce of Microsoft's trade dress and use and imitation of the following Trademarks and/or Service Mark Registration Numbers:

        1,256,083 ("MICROSOFT");

        1,200,236 ("MICROSOFT");

        1,872,264 ("WINDOWS");

        2,744,843 (COLORED FLAG DESIGN);

        1,475,795 ("POWERPOINT")

        1,741,086 ("MICROSOFT ACCESS")

    2,188,125 ("OUTLOOK"); and

 2,844,710 ("ONENOTE");

   3. Defendant R & R Computer and Electronics, Inc. is liable to Microsoft for unfair competition under federal law, 15 U.S.C. § 1125, and under the laws of the State of Florida;

4. Microsoft is hereby awarded judgment against Defendant R & R Computer and Electronics, Inc. as follows:

a. Statutory Damages . . . . . . . . . . . . . . $1,090,000.00

  b. Attorneys' Fees and costs . . . . . . . . . $5,553.13

  **Total Judgment**  $1,095,553.13

5. This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. § 1961;

6. Defendant R & R Computer and Electronics, Inc. shall be permanently enjoined from further infringing any of Microsoft's copyrights and trademarks. This Court contemporaneously issues a separate permanent injunction.

 DONE and ORDERED in Chambers in Orlando, Florida, this 15th day of May, 2007.

Copies to:

Counsel of Record

         GREGORY A. PRESNELL
         UNITED STATES DISTRICT JUDGE