# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICROSOFT CORPORATION,**

        **Plaintiff,**

**-vs-**        Case No. 6:06-cv-1831-Orl-31DAB

**R & R COMPUTER AND ELECTRONICS, INC. and VERNAL BROWN,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF MICROSOFT CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES AND INITIAL DISCLOSURES FROM DEFENDANT VERNAL BROWN (Doc. No. 23)**
>
> **FILED:**   July 30, 2007
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff Microsoft Corporation is suing R & R Computer and Electronics, Inc. and Vernal Brown for copyright violations. Default was entered against R & R Computer and Electronics, Inc. for failure to file an answer on February 22, 2007. Doc. No. 13. Microsoft served its First Set of Interrogatories and its First Request for Production of Documents on Defendant Brown on May 2, 2007; responses were due on June 4, 2007. Defendant Brown failed to respond. Defendant has also failed to serve the mandatory Initial Disclosures required by March 12, 2007.

Microsoft filed this Motion to Compel the responses on July 30, 2007. Doc. No. 23. Defendant Brown failed to file a response to the Motion. Pursuant to Federal Rule of Civil Procedure 37(a), it is **ORDERED** that Defendant respond to Plaintiff's First Set of Interrogatories and First Requests for Production (Doc. No. 23, Ex. A) **within 11 days of the date of this ORDER**. Failure to comply with this ORDER will result in an Order to Show Cause why Defendant Vernal Brown should not be sanctioned for contempt. Vernal Brown is **ORDERED** to pay $500 to Microsoft for the cost of bringing the Motion to Compel.

The Court admonishes Defendant Vernal Brown that sanctions may include entry of a default. Fed. R. Civ. P. 37(b). The Court may alternatively (1) strike certain pleadings; (2) bar Defendant from supporting certain defenses or introducing certain evidence; (3) treat Defendant's conduct as contemptuous; and/or (4) assess reasonable attorney's fees and expenses. Fed. R. Civ. P. 37(b).

**DONE** and **ORDERED** in Orlando, Florida on August 20, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Defendant Vernal Brown